UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Crim. Action. No. 25-00104 (ABJ) |
| TAYON WRIGHT, | ) ) ) | |
| Defendant. | ) ) | |

### **ORDER**

On page 12 of its opposition to the defendant's motion to dismiss, the government stated:

> Here, Defendant was not deliberately arrested on D.C. Code charges to allow the government more time to gather evidence. Rather, he was arrested on those charges based on the government's prosecutorial discretion to bring charges in either D.C. Superior Court or District Court. Around the time the case was dismissed in March 2025, the government had begun the 'Make D.C. Safe Again' Initiative, and Defendant's case was found eligible and appropriate for federal charges. Accordingly, it was a change in policy rather than any deliberate 'parking' that resulted in the case being charged federally in April 2025.

As discussed at the hearing, it would assist the Court in assessing this contention, as well as the government's invocation of the presumption of regularity, to have more information concerning the nature and existence of the "change in policy."

Therefore, in connection with the supplemental submission due on December 19, 2025, the government must identify the date when the initiative began and when the defendant's case was "found eligible and appropriate for federal charges." Furthermore, the government must provide copies of: any documents related to the determination that the defendant's case was "eligible and appropriate for federal charges;" any Department of Justice or United States Attorney's Office for the District of Columbia memoranda describing the implementation of the "Make D.C. Safe

1

Again" Initiative, including the criteria to be applied when transferring cases from the Superior Court of the District of Columbia to federal court; and any memoranda describing the implementation of the earlier Project Safe Neighborhood Initiative, including the criteria applied when transferring cases from the Superior Court of the District of Columbia to federal court as part of that initiative. The government must also produce a list of all cases involving firearms charges brought in federal court between November 5, 2021 and April 10, 2025 as part of either the Project Safe Neighborhood Initiative or the Make D.C. Safe Again initiative, indicating with respect to each: the name of the defendant or defendants; the case number; the date of the arrest; the date of the indictment in Superior Court, if any; the date of the indictment in federal court; and whether the government sought the defendant's detention in Superior Court between the time of their arrest and their indictment in federal court or whether the charges were no papered while the investigation, including the completion of forensic testing, was underway. To the extent the Federal Public Defender has material or data related to these questions, it should be submitted by December 19 as well.

    **SO ORDERED**.

*Amy B Jack*

AMY BERMAN JACKSON
United States District Judge

DATE: December 8, 2025