T.W

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 25-cr-104 (ABJ)** |
| v. | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| **TAYON WRIGHT,** | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

1. <u>Elements of the Offense</u>: Were this case to proceed to trial, the government could prove the following elements beyond a reasonable doubt: (i) Defendant knowingly possessed the firearm and ammunition as charged; (ii) At the time he possessed the firearm and ammunition, Defendant had been previously convicted of a crime punishable by imprisonment for a term exceeding one year; (iii) Defendant knew that he was a felon; and (iv) the possession of the firearm and ammunition was in or affecting commerce.

2. Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, TAYON WRIGHT, with the concurrence of his attorney, agree and stipulate to the factual basis for Defendant's guilty plea detailed below—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

3. On November 19, 2024, members of the Metropolitan Police Department (MPD) received radio communications that officers with the Prince George's County Police Department were actively pursuing a black Audi Q50 with D.C. tags that had been taken in an armed

T.W 1-16-26

(in which Defendant is not a suspect). Officers observed the black Audi make a right turn on the 13th Street, S.E., where it began to lose control and strike a curb while being pursued by the police. When officers arrived on scene, the black Audi had crashed on the street. Officers observed Defendant, the only occupant of the vehicle, fleeing on foot from the driver's seat of the vehicle. A black Glock firearm affixed with a "giggle switch"[1] was in the street next to the black Audi. The firearm was surrounded by 21 rounds of loose ammunition with one round of ammunition in the chamber. The firearm is a 9-millimeter semi-automatic gun, equipped with a device that makes the pistol capable of fully automatic fire.

4. Officers recovered the following items from Defendant's jacket in a search incident to arrest: (a) fifty-two yellow capsules containing cocaine base, a Schedule II controlled substance; (b) fifteen brown capsules containing cocaine base; (c) a black bag containing 0.3 ounces of a substance containing cocaine base; (d) six red capsules containing amphetamines; (e) 0.2 ounces of a pink powdery substance that contained amphetamines; (f) one gram of a white powdery substance that contained amphetamines; (g) fifteen Oxycodone pills and pieces in a clear bag; and (h) $152 in U.S. currency.

5. Defendant acted knowingly in possessing the firearm and ammunition described above. At the time of this possession, he knew that he was a felon.

6. At the time he possessed the firearm and ammunition described above, Defendant had been convicted of a crime punishable by more than one year in prison, namely, a November 2021 conviction for Armed Carjacking and Possession of a Regulated Firearm Under the Age of 21 in Case no. CT180380A in Prince George's County, for which Defendant received a sentence,

---

[1] A Glock switch (sometimes called a "button" or a "giggle switch") is a small device that can be attached to the rear of the slide of a Glock handgun, changing the semi-automatic pistol into a selective fire machine pistol capable of fully automatic fire.

in July 2022, of 30 years in jail, all but 4 years and 215 days of which were suspended, and five years of supervised release.

7. There are no firearm or ammunition manufacturers in the District of Columbia. Glock, Inc. is a firearms manufacturer that manufactures some models of Glock brand firearms in the United States and others overseas. The firearm and ammunition WRIGHT possessed in this case thus have traveled in, and affect, interstate and foreign commerce.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: *JOLIE F. ZIMMERMAN*
JOLIE F. ZIMMERMAN
Assistant United States Attorney

1-16-26
T.W

## DEFENDANT'S ACKNOWLEDGMENT

I, Tayon Wright, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1-16-26

Tayon Wright
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/16/2026

Ubong Akpan
Attorney for Defendant

1-16-26
T.W